**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **ABRAHAM ANDERSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.: 7:23-cv-599** |
| ) | |
| **TWIN CREEKS MOBILE HOME** ) | |
| **ESTATES INC.,** *et al.,* ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with prejudice. Dkt. 15. Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby **ORDERED** that this action against all Defendants is dismissed by stipulation with prejudice.

This matter is **STRICKEN** from the active docket of the Court.

Entered:  March 14, 2024

*Robert S. Ballou*

Robert S. Ballou
United States District Judge